UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EZEQUIEL DUARTE FERREIRA )<br>)<br>Petitioner,                    )<br>)<br>)<br>)<br>)<br>v.                                             )<br>)<br>ANTONE MONIZ, Superintendent, Plymouth )<br>County Correctional Facility              )<br>PATRICIA HYDE, Field Office Director, )<br>TODD LYONS, Acting Director U.S.   )<br>Immigrations and Customs Enforcement, )<br>and KRISTI NOEM, U.S. Secretary      )<br>of Homeland Security,                       )<br>)<br>Respondents.                )<br>_____)  | Case No. 1:25-cv-11569-GAO<br><br>**NOTICE OF APPARENT<br>GOVERNMENT VIOLATION<br>OF STANDING ORDER** |

## NOTICE OF APPARENT GOVERNMENT VIOLATION OF STANDING ORDER

Petitioner Ezequiel Duarte Ferreira, through counsel, hereby informs the Honorable Court of the Government's apparent violation of the Court's May 30, 2025 Standing Order, which required 48 hours' advance notice before the Government moved the Petitioner outside the District of Massachusetts. Based on information and belief, **the Government moved the Petitioner to Pine Prairie Correctional Facility in Pine Prairie, Louisiana, after May 30, 2025**. Undersigned Counsel confirmed the Petitioner's location by using the "ICE Online Detainee Locator," using the Petitioner's alien number (A240486395) and country of birth (Brazil). A screenshot of the Petitioner's location is included with the instant motion.

Dated: June 2, 2025

Respectfully submitted,

*Shantanu Chatterjee*
Shantanu Chatterjee, Esq.
BBO No. 698677
Georges Cote LLP
235 Marginal Street
Chelsea, MA 02150
(617) 884-1000 (tel.)
shaan@georgescotelaw.com

*Counsel for Petitioner*