

**U.S. Department of Justice**

**Leah B. Foley**
*United States Attorney*
*District of Massachusetts*

_____

Main Reception: (617) 748-3100                    *John Joseph Moakley United States Courthouse*
                                                   *1 Courthouse Way*
                                                   *Suite 9200*
                                                   *Boston, Massachusetts 02210*

June 3, 2025

The Honorable George A. O'Toole
U.S. District Court Judge
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

Re:   Ezequiel Duarte Ferreira v. Moniz, et al. / 1:25-cv-11569-GAO

Dear Judge O'Toole,

I am writing to advise that we were informed by agency counsel for Immigration and Customs Enforcement ("ICE"), that on May 31, 2025, Petitioner Ezequiel Duarte Ferreira was inadvertently transferred out of the jurisdiction of the Court without 48-hour notification to the Court. Mr. Duarte Ferreira was accidentally included in a number of detainees transferred for bed space decompression.

ICE's counsel in Boston advises that Mr. Duarte Ferreira is being transferred back to Massachusetts and is expected back in Massachusetts on or about June 8, 2025. We acknowledge that Mr. Duarte Ferreira's pending Petition remains under the jurisdiction of this Court.

We regret that Mr. Duarte Ferreira was accidentally transferred out of this jurisdiction without 48-hour notification. This transfer was not, in any way, an intentional disregard of the Court's May 30, 2025, Order.

I will update the Court and Petitioner's counsel, copied here, when we receive further information concerning Mr. Duarte Ferreira's return.

Thank you.

Very truly yours,

*/s/ Anuj K. Khetarpal*

Anuj K. Khetarpal
Assistant U.S. Attorney
(617)748.3658
Anuj.Khetarpal@usdoj.gov

Cc:    Shaan Chatterjee, Esq.