UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EZEQUIEL DUARTE FERREIRA,<br><br>                Petitioner,<br><br>     v.<br><br>ANTONE MONIZ, Superintendent, Plymouth County Correctional Facility; PATRICIA HYDE, ICE Field Office Director; TODD LYONS, Acting Director U.S. Immigrations and Customs Enforcement; KRISTI NOEM, U.S. Secretary of Homeland Security,<br><br>                Respondents. | Civil Action No. 1:25-cv-11569-GAO |

**STATUS REPORT CONCERNING PETITIONER TRANSFER**

Pursuant to this Court's Order of June 4, 2025, ECF No. 14, and in response to Petitioner's Notice of Apparent Government Violation of Standing Order (ECF No. 7), Respondents provide this status report of Petitioner's whereabouts.

Agency counsel has confirmed to Respondents' counsel that Petitioner was not, in fact, transferred out of Plymouth County Correctional Facility, and remains in Plymouth County to this day. Accordingly, there was no violation of this Court's May 30 Standing Order requiring 48-hour advanced notification of transfer out of the district. *See* ECF No. 3; *see also* ECF No. 6.

Although Respondents previously believed that Petitioner had been inadvertently transferred out of the district of Massachusetts on May 31, 2025, this belief was due to a clerical error. Instead, Petitioner was properly removed from the list of individuals being transferred out of the jurisdiction when ICE received notice of this Court's Order and has remained in immigration detention at the Plymouth County Correctional Facility since his arrest. The clerical error has been corrected.

Dated: June 10, 2025                                Respectfully submitted,

                                                    LEAH B. FOLEY
                                                    United States Attorney

By:    */s/ Anuj K. Khetarpal*
        Anuj Khetarpal
        Assistant United States Attorney
        United States Attorney's Office
        1 Courthouse Way, Suite 9200
        Boston, MA 02210
        Tel.: 617-748-3658
        Email: Anuj.Khetarpal@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I, Anuj Khetarpal, Assistant United States Attorney, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). Paper copies will be sent to those indicated as non-registered participants.

Dated: June 10, 2025               By:    */s/ Anuj K. Khetarpal*
                                                               Anuj Khetarpal
                                                               Assistant United States Attorney