UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EZEQUIEL DUARTE FERREIRA ) <br> ) <br> Petitioner, ) <br> ) <br> ) <br> v. ) <br> ) <br> ANTONE MONIZ, Superintendent, Plymouth ) <br> County Correctional Facility ) <br> PATRICIA HYDE, Field Office Director, ) <br> TODD LYONS, Acting Director U.S. ) <br> Immigrations and Customs Enforcement, ) <br> and KRISTI NOEM, U.S. Secretary ) <br> of Homeland Security, ) <br> ) <br> Respondents. ) <br> ) | Case No. 1:25-cv-11569-GAO <br><br> **NOTICE OF VOLUNTARY DISMISSAL** |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Petitioner Ezequiel Duarte Ferreira and his counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice, against the defendants Moniz *et al*. The Respondents' position is now that Petitioner's detention is controlled by 8 USC § 1226(a), and that he is now in full removal proceedings before an Immigration Judge under 8 USC § 1229a.

Date: June 20, 2025                                             Respectfully Submitted,


*Shantanu Chatterjee*
Shantanu Chatterjee, Esq.
BBO No. 698677
Georges Cote LLP
235 Marginal Street
Chelsea, MA 02150
(617) 884-1000 (tel.)
shaan@georgescotelaw.com